UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

BRENDAN BOEHNER, et al.,

                    Plaintiff(s),

v.

THE CITY OF ROCHESTER, et al.,

                    Defendant(s).

_____

***MEDIATION CERTIFICATION***

21 - cv - 6574

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

✓ Mediation session was held on 7/12/23.

    ☐ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ✓ ***Case has not settled.***

*Date:* 07/14/2023          *Mediator:* /S/ Amanda G. Williams

***Additional Comments:***
_____
_____
_____